JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROPORTION FOODS, LLC, | Case No. CV 17-5489 FMO (FFMx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| FAIR TRADE INTERNATIONAL, INC., | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice Pursuant to FRCP 41(a)(1)(A)(ii), (Dkt. 17), filed on February 20, 2018, IT IS ORDERED THAT the above-captioned case is **dismissed with prejudice.** The court will not retain jurisdiction to enforce the settlement agreement. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82, 114 S.Ct. 1673, 1677 (1994).

Dated this 21st day of February, 2018.

/s/
Fernando M. Olguin
United States District Judge